TERESA ZONIN et al. v. LUIGI ROLANDELLI.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 757.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of RAY DRYER et al. 94 SEVENTH AVENUE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 758.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

CHARLES FEILER v. ELY MELTZER, Individually and as President of Poultry Schoctim Union of Greater New York, Local 370, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 757.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Will of WILLIAM GUTHMAN, Deceased. RICHARD J. OLDS et al.; GERTRUDE G. GUTHMAN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 752.] Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

SARAH KEENAN v. GROVER T. MICHEL et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 953.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANK NORDONE CONTRACTING CO., INC., v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. [See 266 App. Div. 992.] Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

FRANK NORDONE CONTRACTING CO., INC., v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 992.] Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

ELIE CRISTO-LOVEANU, as Administrator of the Estate of MYRON CRISTO-LOVEANU, Deceased, v. BENJAMIN OSHRIN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 757.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Assignment for the Benefit of Creditors of BROWN BOMBER BAKING CO., INC., to RAYMOND T. FISKE, JR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 1001.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

YONKERS BUILDERS' SUPPLY COMPANY v. P. T. COX CONTRACTING CO., INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 990.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

RALPH JOSEPHSON v. DRY DOCK SAVINGS INSTITUTION et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. [See 266 App. Div. 992.] Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

GEORGES BOLLACK v. SOCIÉTÉ GÉNÉRALE POUR FAVORISER LE DEVELOPPEMENT DU COMMERCE ET DE L'INDUSTRIE EN FRANCE.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. [See *ante,* p. 751.] Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.